4

United States District Court
Southern District of Texas
ENTERED

JUN 01 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

------------------------------------------

ALEXIS M. HERMAN, Secretary of :
Labor, United States Department of :
Labor, :
  :
      Plaintiff, :
  : CIVIL ACTION
v. :
  : No. CAB-99-192
CESAR GARCIA d/b/a C & J PRODUCE :
  :
      Defendants. :

------------------------------------------

## DEFAULT

It appearing that defendant Cesar Garcia is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Cesar Garcia this 31st day of May, 2000 pursuant to Rule 55(a), Federal Rules of Civil Procedure.

_____
U.S. District Court Judge
United States District Court

By: _____
Deputy Clerk

Case No. 99-00991